Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. Francis J. Woolley, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**George Hemstead, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 24,290.**

Action to recover for personal injuries sustained in falling from step of moving street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed October 1, 1918.

Philip Rosenthal and Watson J. Ferry, for appellants; J. R. Guilliams and W. W. Gurley, of counsel. Charles C. Spencer and Arthur A. House, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Charles Fritz, appellee, v. F. W. Hochspeier Company, appellant. Gen. No. 23,651.**

Action to recover for personal injuries sustained by a passenger in hired automobile colliding with street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.

Robert J. Folonie and W. J. Weldon, for appellant. Oscar C. Miller, for appellee; Munson T. Case, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**Charles Fritz, plaintiff in error, v. Chicago Railways Company and F. W. Hochspeier Company et al., defendants in error. Gen. No. 23,585.**

Error to the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on decision in Fritz v. F. W. Hochspeier Co., *supra.* Opinion filed October 1, 1918.

Oscar C. Miller, for plaintiff in error; Munson T. Case, of counsel. Wilkerson, Cassels & Potter, for defendant in error August Hinze; Ralph F. Potter, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

---

**George Eberspacher, appellee, v. F. W. Hochspeier Company, appellant. Gen. No. 23,652.**

Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in this court at the March term, 1918. Affirmed on decision in Fritz v. F. W. Hochspeier Co., *supra.* Opinion filed October 1, 1918. Rehearing denied October 14, 1918.

Robert J. Folonie and W. J. Weldon, for appellant. Oscar C. Miller, for appellee; Munson T. Case, of counsel.

Mr. Justice Holdom delivered the opinion of the court.